# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DION CARTER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC SEAFOOD, INC.,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-01521-RFB-BNW<br><br>**ORDER** |

　　　　On September 4, 2024, the Court ordered Plaintiff to complete the USM-285 form for Defendant Pacific Seafood and return it to the United States Marshals Service by October 4, 2024. ECF No. 6. On November 4, 2024, the summons issued for Defendant Pacific Seafood returned as unexecuted because the USMS did not receive the completed USM-285 form. ECF No. 9. The Court warned Plaintiff that failure to return the USM-285 form may result in dismissal of his claims against Defendant Pacific Seafood. ECF No. 6. The Court will afford Plaintiff one last opportunity to effect service on Defendant Pacific Seafood and directs him to carefully follow the below instructions:

　　　　**IT IS THEREFORE ORDERED** that the Clerk of Court must issue a summons for Pacific Seafood, Inc. and deliver the same to the USMS for service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 7), and the Court's Screening Order (ECF No. 6).

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff one blank USM-285 form together with a copy of this Order.

　　　　**IT IS THEREFORE ORDERED** that Plaintiff shall have until **December 9, 2024** to fill out the required USM-285 form and send it to the USMS.

　　　　**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Pacific Seafood, Inc. no later than 20 days after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Pacific Seafood may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: November 8, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE