Doreen Spears Hartwell, SBN 7525
Doreen@HartwellThalacker.com
Laura J. Thalacker, SBN 5522
Laura@HartwllThalacker.com
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074; Fax: (702) 508-9551
*Attorneys for Defendant Pacific Seafood*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DION CARTER,<br><br>            Plaintiff,<br><br>vs.<br><br>PACIFIC SEAFOOD, INC. and DOES 1-10,<br><br>            Defendants. | Case No. 2:24-cv-01521 -RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Dion Carter, in proper person, and Defendant Pacific Seafood, through its counsel Doreen Spears Hartwell, Esq. of Hartwell Thalacker, Ltd, stipulate as follows:

1.      The parties entered a Stipulation to Stay Proceedings Pending Binding Arbitration (Dkt #13) resulting in proceedings in Case No. 01-25-0000-9083 with the American Arbitration Association.

2.      The parties having reached a resolution in the arbitration proceedings, hereby dismiss this matter with prejudice.

IN PROPER PERSON

*/s/ Dion Carter*
Dion Carter
5621 Red Bluff Dr.
Las Vegas, NV 89130

**IT IS SO ORDERED.**

Dated: July 14, 2025.

HARTWELL THALACKER, LTD.

_____
Doreen Spears Hartwell, SBN 7525
11920 Southern Highlands Pkwy #201
Las Vegas, NV 89141
*Attorneys for Defendant Pacific Seafood*

_____
UNITED STATES DISTRICT JUDGE